# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DARLENE DAVIS SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO: 11-00204-KD-M |
| | ) |
| **WEISER SECURITY SYSTEMS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Order entered this date granting the motion for summary judgment filed by defendant Weiser Security System, Inc., it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of plaintiff Darlene Davis Smith against defendant are **DISMISSED with prejudice.**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, final judgment is hereby entered in favor of defendant Weiser Security System, Inc. and against plaintiff Darlene Davis Smith.

**DONE** and **ORDERED** this the 31st day of July, 2012.

> **s / Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**